PD-1364-15

No. 10-13-00416-CR

STATE OF TEXAS

v

JOHN WAGUESPACK

IN THE COURT
APPEALS

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 19 2015

Abel Acosta, Clerk

MOTION TO SUSPEND 9.3(b)

TO THE HONORABLE COURT OF CRIMINAL APPEALS

Comes now, John Waguespack, appellant in the above styled cause, to respectfully present his Motion to Suspend Rule 9.3(b) of the Texas Rule of Appellate Procedure and in support will show the following:

FILED IN
COURT OF CRIMINAL APPEALS

OCT 20 2015

Abel Acosta, Clerk

I

Appellant is appealling his conviction from the 19th District Court, McLennan County, Texas, Cause No. 2012-46-C1. His direct appeal was denied by the Court of Appeals in Waco, Texas, Cause No. 10-13-00416-CR.

II

Appellant does not have access to a copy machine to make copies and is indigent and, therefore, unable to have any made for him.

WHEREFORE, Appellant prays that this honorable Court grant this motion to Suspend Rule 9.3(b) and appellant to submit only the original copy of his Petition for Discretionary Review,

Respectfully,

John Waguespack
Petitioner, Pro Se